UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JACK SAADE,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITY CONNECTION INC.,<br>OCWEN LOAN SERVICING, LLC,<br>HOMEWARD RESIDENTIAL,<br>OPTION ONE MORTGAGE, SAND<br>CANYON, AMERICAN HOME<br>MORTGAGE SERVICING, INC.,<br>HSBC BANK, USA, NATIONAL<br>ASSOCIATION and ORLANS MORAN,<br>PLLC,<br><br>    Defendants. | Civil Action No. 17-10168-NMG |

REPORT AND RECOMMENDATION ON PLAINTIFF'S
MOTION FOR JUDGMENT ON THE PLEADINGS
[Docket No. 184]

April 25, 2019

Boal, M.J.

    Plaintiff Jack Saade, appearing pro se, alleges misconduct with respect to the refinancing, assignment and servicing of his mortgage. He has moved for partial judgment on the pleadings. Docket No. 184.[1] For the reasons set forth below, this Court recommends that the District Judge deny that motion.[2]

---

[1] Citations to "Docket No. ___" are to documents appearing on the Court's electronic docket. They reference the docket number assigned by CM/ECF and include pincites to the page numbers appearing in the top right corner of each page within the header appended by CM/ECF.

[2] On December 10, 2018, Judge Gorton referred the instant motion to the undersigned for a report and recommendation. Docket No. 190.

*After consideration of plaintiff's objection thereto (Docket No. 241), Report and Recommendation is accepted and adopted.*
*S/ NMGorton, USDJ 6/13/19*