UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JACK SAADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 17-10168-NMG |
| SECURITY CONNECTION INC., | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| HOMEWARD RESIDENTIAL, | ) | |
| OPTION ONE MORTGAGE, SAND | ) | |
| CANYON, AMERICAN HOME | ) | |
| MORTGAGE SERVICING, INC., | ) | |
| HSBC BANK, USA, NATIONAL | ) | |
| ASSOCIATION and ORLANS MORAN, | ) | |
| PLLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

REPORT AND RECOMMENDATION ON
DEFENDANTS' MOTION TO DISMISS
[Docket No. 213]

May 8, 2019

Boal, M.J.

Plaintiff Jack Saade, appearing pro se, alleges misconduct with respect to the refinancing,

assignment and servicing of his mortgage.  Defendants Ocwen Loan Servicing, LLC ("Ocwen")

and HSBC Bank USA National Association, as Trustee for ACE Securities Corp. Home Equity

Loan Trust, Series 2003-OP1 ("HSBC Bank") have filed a motion to dismiss pursuant to Rule

37(d) of the Federal Rules of Civil Procedure.  Docket No. 213.[1]   For the reasons set forth

---

[1] Citations to "Docket No. ___" are to documents appearing on the Court's electronic docket.
They reference the docket number assigned by CM/ECF, and include pincites to the page
numbers appearing in the top right corner of each page within the header appended by CM/ECF.

*After consideration of plaintiff's objection thereto (Docket No. 242),
Report and Recommendation is accepted and adopted.*
*NMGorton, USDJ  6/13/19*